**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                          **Case No.: 6:22-cr-132-PGB-LHP**
                                                    **6:22-cr-133-PGB-LHP**

**NACOE RAY BROWN**

## Appendix

**Forensic Psychological Evaluation by Dr. Tiesha Nelson** *(filed with PSR)* **.... A**

**Letters of Support ........................................................................ B**
*Vanassa Brown, wife* ................................................................ *B-1*
*Tracy Knox, friend* .................................................................... *B-2*
*Doyle Lee, friend* ...................................................................... *B-3*
*Ryan Carroll, inmate at Orange County Jail (letter to Brown and to Court) ...... B-4*
*Patty Carroll, mother of Ryan Carroll* ........................................ *B-5*
*Tiffany Lauzon, business colleague* .......................................... *B-6*
*Trammell Thomas, friend* ......................................................... *B-7*
*Mr. Hernandez, friend* .............................................................. *B-8*

**Accomplishments .......................................................................... C**
*Businesses* ................................................................................ *C-1*

**Publications of Nacoe Ray Brown ................................................ D**
*The Joseph Generation: How to Fulfill Your Dream Against the Odds.* .......... *D-1*
*The Joseph Generation Army: How to Get the Solution Out of Prison.* ........... *D-2*
*Divided Nation. Part One: Divine Destiny.* ...................................... *D-3*
*Spiritual Development Inner Man Trainee's Curriculum (1-3).* ........................ *D-4*
*Spiritual Development Inner Man Trainee's Curriculum (4-6).* ........................ *D-5*
*Spiritual Development Inner Man Trainee's Curriculum (7).* ........................... *D-6*
*Spiritual Development Inner Man Trainer's Manual.* ....................................... *D-7*
*You Are a Superstar! Motivating the Super Star in You.* ................................. *D-8*
*Wife Material: Preparing Single Spiritual Sisters for Marriage.* ....................... *D-9*
*My Wife Material: Preparing a New Generation for Love, Relationship and
Marriage. Vol. 1.* .......................................................................... *D-10*
*My Wife Material: Preparing a New Generation for Love, Relationship and
Marriage. Vol. 2.* .......................................................................... *D-11*

*Spiritual Development Inner Man Training. Aftercare: Application and
Memorization.* ........................................................................................ D-12
*2020 Faith: How to Know and Live by God's Spiritual System.* ..................... D-13
*God's Latest and Greatest Creation: 31 Day Morning and Night Devotion and
Prayer.* ....................................................................................... D-14
*Social Development: How to Get the Solution Out of Prison.* ....................... D-15

**Family** ....................................................................................................... **E**
*2016-06-24 Obituary Crystal Brown Ukah (sister)* ......................................... *E-1*
*2016-10-10 Obituary Rether Brown (mother)* ................................................. *E-2*
*2020-05-24 Obituary Bishop Aggie Brown (father)* ......................................... *E-3*

**Prior Case** .................................................................................................. **F**
*2002-10-03 The Baltimore Sun: Money stolen, found and missing again* ......... *F-1*
*2003-12-05 The New York Times: Federal Prosecutor Found Dead with Stab
Wounds.* ........................................................................................... *F-2*
*2022-06-22 Dept. of Justice release re: Kenneth Ravenell* ............................... *F-3*

# Forensic Psychological Evaluation

## by

## Tiesha Nelson, Psy.D.

## (*See* PSR, Doc. 49, pp. 23–29*)*

# Letters of Support

March 27, 2023

Honorable Paul Byron
401 West Central Blvd.
Orlando, FL 32801

Dear Judge Byron,

My name is Vanassa Brown and I have been married to Nacoe Brown for 28 eight years.

Nacoe is a go-getter. He is a person that is dedicated to achieving his goals. One of his goals was to start a dinner theatre and he built that from scratch. i.e. he took an empty building and transformed it into a glamourous Christian Dinner Theatre.

He has written over 15 books while incarcerated. He has taught numerous men while incarcerated using a curriculum that he created based on bible principles. Quite a few of the men have used that information upon returning back into society to be successful and are giving back to the communities where they live. Many others have written expressing their appreciate for the time that he took to train them so they can have a better life. Some even look up to him as a spiritual father, because they didn't have a natural father in their life.

Upon his return back into society he has accomplished a few of his goals. He created a Podcast for one of his books, along with a movie trailer for one of the books. He also recorded a few songs and made a music video.

I believe that anyone that spends the amount of time in prison that he has would have some challenges. One of his greatest challenges he faced upon returning back into society was not having sufficient funds to accomplish all the goals he wants to achieve and accomplish.

I ask the court for leniency on behalf of Nacoe Brown.

Sincerely,

Vanassa Brown



March 27, 2023


Honorable Paul Byron

401 West Central Blvd.

Orlando, FL 32801


Dear Judge Byron,

   My name is Tracy Knox from Baltimore, MD. I have been in the healthcare profession for 37 years and currently Customer Success Manager at a Retail Uniform Store. I am founder of Just A Little Help. Our work is to support Single Moms and Children with material needs, breaking generational poverty and helping to heal the family.

   I meet Nacoe over 20 years ago in Baltimore when my husband and I Pastored a church in the same community where Nacoe owned his business. He employed some of our young adults and became a mentor to some. We continue to support and kept in touch during his incarceration. Nacoe shared with me the work he achieved and sent many of the books he had written in the BOP. After his release and return to Baltimore, I witnessed that same drive and consistency. He started working on a Podcast for one of his book, logo for the brand, book distributors, and researching to get financial support for the business. I was his driver and witness most of his business transaction while in Baltimore. People that made commitments to help did not always following through on their agreements. In that 1 ½ year Nacoe traveled to other states to help friends with projects and made trips to visit his family.

 Nacoe is a very generous and supportive. I witnessed him send finances back to friends in the BOP and would assist their family if possible. He supported his family and friends mentally and financially. Nacoe always has an encouraging word and gives you hope in the most difficult situations. He has the ability to pull people out dark situations.

I witness firsthand that adjusting back into society was not easy for Nacoe. Family was not so inviting or supportive. He had to push through and still try to reconnect with his children. I occasionally witness some paranoid behavior that I brought to his attention. For example, we were at his house, and he thought the delivery driver for a company could possibly be someone else or spying. We discuss the behavior and I explained that it was no way possible. Also had conversations about his readjusting back into society and the difficulties. He has discussed with me some of his childrenhood traumas and not getting the help that was needed. People did not think he needed help because of the way he carries himself and helping other people. He has helped 1000 and now he really needs to get adequate help.

Judge Byron there are not too many people that inspire me to achieve but Nacoe is one. He has been that one even though his situation wasn't great. I hope for lenience.


Sincerely,

Tracy Knox

Tracy Knox



March 27, 2023

Honorable Paul Byron
401 W. Central Blvd.
Orlando, FL 32801

Dear Judge Byron,

      My name is Doyle Lee. I am from Lexington, Kentucky. I am the Founder of a local non-profit called HEARTS. The majority of our work centers around reentry and the socioeconomic nuisances that go unnoticed and ways to find a solution. I met Nacoe Brown in 2012 where I was one of many who were able to be a part of a federally approved program - that was a part of the BOP 's transitioning back into society agenda . There has been close to 2000 people who were incarcerated to take this course and go on to live productive lives. Nacoe Brown wrote this curriculum.

      Nacoe for a lot of the people who have been victimized by the poverty and the  trauma comes with it - design a curriculum that showed people how to get results  while  in a seemingly bad place by simply becoming a person of principle. He comes as a first generation PK (Pastor's kid)  that tap into what real wealth is by giving back to every person that he had a chance to mentor. Nacoe's mission has been to father a fatherless generation. Nacoe helped me change and learn to believe in the benefits of  doing the next right thing. When Nacoe found out that through our organization we helped out with men who were incarcerated, he flew into town and helped  organize a three day crusade . He has been instrumental in helping not only my life, but countless others  acknowledge the traumas of our past and use those obstacles to help others.

      Transitioning back to society is not easy during a time of so much uncertainty; coupled with the fact that there are limited resources available that have been  customized to help. Nacoe took the time out to believe in me. The sacrifices that he made to help me stay focused, show me what my purpose is and that "just because I had a problem doesn't mean that I am the problem" allowed me to get the necessary help and treatment that I needed upon release.

       I do know that he was not able to transition back to the society with the same level of therapy . I can say that being without family and losing parents or that family structure being removed can pressure a person to quit believing or have a person feeling targeted because there seems to be no one that can help. I can recall him feeling inadequate to fulfill his role as a husband, and father weighing on him. I tried to support his transition back to society, but I will say that he did not know whether or not he would be able to provide for and prove to them that he loves them . I want to lastly say that through what he has done there are people whose lives are better for knowing him.  I'm grateful for knowing him as a friend , teacher, and mentor.

Sincerely,

Doyle Lee

█████████████

MR. BROWN,

I JUST WANTED TO TAKE THE TIME TO THANK YOU
FOR ALL THE WORDS AND WISDOM YOU SHARED WITH
ME DURING OUR SHORT TIME TOGETHER IN THE
MANIFESTATION STATION. I ENJOYED AND CHERISHED EVERY
CONVERSATION WE HAD. I LOOK FORWARD TO THE DAY
WE WILL BE SITTING ON A BEACH AND DISCUSSING
THE NEXT CHAPTER IN OUR LIVES. I CONSIDER YOU
A FRIEND AND BROTHER, AND IN SOME ASPECTS, A
FATHER FIGURE. (WHICH WOULD HELP EXPLAIN SOME OF MY
AWKWARD BEHAVIOR, BECAUSE BETWEEN MY FATHER AND
I IT GETS VERY AWKWARD). I RESPECT YOU AND LOOK
UP TO YOU AND I WILL ALWAYS BE THERE FOR YOU
IF YOU NEED ME. YOU HAVE SPARKED SOMETHING INSIDE
OF ME THAT I DIDNT REALIZE EXISTED AND I LOOK
FORWARD TO MAXIMIZING MY PURPOSE AND POTENTIAL.
IF YOU EVER FIND YOURSELF IN A FAMINE AGAIN, JUST
REMEMBER "JEHOVAH-JIREN." SEE YOU ON THE OTHER SIDE
MR. BROWN. "WE ARE RELEASED!"


LOVE,

Ryan. 1/4/23

THE HONORABLE JUDGE BYRON,

I WAS AT THE END OF THE LINE, I HIT ROCK BOTTOM, MY LIFE HAS NO PURPOSE, I'M GOING TO KILL MYSELF. THESE WERE MY THOUGHTS LEADING UP TO MY ARREST IN MARCH, 2020. AND FOR THE NEXT 2 YEARS OF MY LIFE, EVERY SECOND OF EVERY DAY WAS SPENT FEELING SORRY FOR MYSELF, HATING EVERYBODY WHOEVER BETRAYED ME, AND PLOTTING MY NEXT AVAILABLE ATTEMPT AT SUICIDE. THEN I MET MR. BROWN. MR. BROWN SAVED MY LIFE. MR. BROWN TAUGHT ME SO MANY THINGS ABOUT MYSELF, ABOUT MY FAMILY, ABOUT MY FAILED MARRAIGE, ABOUT MY FAILED RELATIONSHIPS, ABOUT FORGIVENESS, ABOUT BEING A MAN, AND MOST IMPORTANT, HE TAUGHT ME ABOUT GOD AND SPIRITUALITY. I WENT FROM FEELING WORTHLESS AND SUICIDAL, TO HAPPY, CONFIDENT, AND FILLED WITH PURPOSE, ALL THIS HAPPENED WITHIN THE FIRST WEEK THAT MR. BROWN MOVED INTO MY CELL. NOW EVERY DAY OF MY LIFE IS MEANINGFUL. I LOOK TO THE FUTURE WITH JOY AND CONFIDENCE. I AM IN A BETTER STATE OF MIND NOW THAN I'VE EVER BEEN. I OWE EVERYTHING TO MY CHANCE ENCOUNTER WITH MR. BROWN. HE IS NOT ONLY MY MENTOR AND FRIEND, BUT HE ALSO TAKES THE TIME OUT OF HIS DAY TO MENTOR TO OTHER PEOPLE IN OUR DORM. EVERY-BODY IN OUR DORM CAN AND WILL CALL ON MR. BROWN FOR ADVICE, COUNSELING, OR JUST A GOOD OLD FASHIONED CONVERSATION. MR. BROWN HELPED ME REALIZE AND DISCOVER MY PURPOSE IN LIFE AND BECAUSE OF HIM, I WILL PURSUE MY PURPOSE IN LIFE, WHEN I GET OUT. THIS INCLUDES PURSUING A CAREER IN ENGINEERING AND AS A SIDE PROJECT, I WILL START A NON PROFIT

ORGANIZATION TO REACH OUT TO PEOPLE WHO WERE IN A
SIMILAR SITUATION I FOUND MYSELF IN WHEN I WAS
SUICIDAL. MR. BROWN HAS GIVEN ME HOPE AND HAS
FREED ME FROM THE CHAINS OF HOPELESSNESS, SUICIDE,
AND DEPRESSION, AND BECAUSE OF HIM I WILL BE SAVING
OTHER PEOPLE FROM THE SAME CHAINS.

SINCERELY,

RYAN CARROLL # 22010265

March 28, 2023

Honorable Paul Byron
401 W. Central Blvd.
Orlando, FL 32801

Dear Honorable Judge Brown,

My name is Patti Carroll. My son Ryan Carroll is Mr. Brown's cell mate in Orange
County Jail. I have never met Mr. Brown personally but have spoken to him, briefly, one
time on the jail phone. My son wanted me to meet him because of the impact he is
making in his life, so we were introduced during that phone call.

Ryan has had several inmates while being incarcerated in Orange County and he knew
as soon as Mr. Brown walked into his cell that he was different from the others. I, as
well as Ryan, firmly believe that God sent Mr. Brown to Ryan at this time. The reason
why I say that first is because I had been praying for God to send someone to Ryan
who could mentor him through this time and felt he needed to be a man of God in order
to give Ryan the help he needed.

Ryan had been in a suicidal, depressed, hateful unforgiving state of mind. Almost
immediately, through talking and praying with Mr. Brown, his whole demeanor changed,
and I could hear it in his voice when he would call me. Ryan is a changed man through
this relationship with Mr. Brown. Mr. Brown has been Ryan's spiritual mentor. I have
heard the change and felt the change in my conversations with my son. He, Mr. Brown,
has taught my son so much about being a man of God and I firmly believe, as well as
Ryan believes, that he has saved him from the pit of hell. Do you believe in miracles? I
do and I believe Mr. Brown, through the grace of God, was the instrument that saved
Ryan from himself and the evil that was living inside him. Ryan is a changed man and I
thank and God for bringing Mr. Brown to Ryan at this time. It was a miracle, to me, that
Mr. Brown is Ryan's cell mate. I thank God every day for Mr. Brown's influence on
Ryan's life. Mr. Brown has positively touched my son's life and from what Ryan says
other inmates lives also, in the Orange County jail.

Thank you for this opportunity to speak on Mr. Brown's behalf.

Sincerely,

Patti Carroll



March 27, 2023

Honorable Paul Byron
401 West Central Blvd.
Orlando, FL 32801

Dear Judge Byron,

My name is Tiffany Lauzon, I work in business affairs in the business of entertainment. I have been working in this line of work for 10 plus years and been a part of shaping some of the biggest artists to date. Over the last year I have had the pleasure of working with Mr. Brown on a game plan and execution of republishing his book by the name of Divided Nation. We have secured 2 solid offers from major book publishers who are both very excited to be able to work with Mr. Brown.

Through out the process of shopping this publishing deal, Mr. Brown has shown an extraordinary amount of poise and determination to make sure we can get this deal done regardless of his current given circumstances and his response and ability to navigate through the tough questions has been first class the entire way along. He has demonstrated a sincerity in his responses and shown that a book cannot be judged simply by its cover. His character is that of a sincere and genuine man who is willing to do the work it takes to make things happen.

Over this last year I have had the opportunity to spend a lot of time speaking to Mr. Brown about a lot of different areas of his life and how he views people, family, and the world. He has grown to be not only my business acquaintance but a true friend one that give great advice in the face of adversity. He is a God fearing man and has helped me to find my way back to faith which has been a excellent experience in my home. I can honestly say that Mr. Brown has left a positive impact on me not only in business, but in my personal life as well. I'm happy to have had the opportunity to have met him and do business with him. I look forward to continuing to be able to do business with him for years to come.

I hope in reading my letter you'll see Mr. Brown as a person who can and will be a positive impact in the world. Receiving lenience from you will not only impact Mr. Brown, but for the communities of young men and women who will be impacted by his story and transformation as a man. Mr. Brown is a true success story of what it truly looks like when the work to  reform and recover your life and reenter into society with a positive and influential outlook on life; that's who Mr. Brown is.

Kindest Regards

*Tiffany Lauzon*

Tiffany Lauzon

TRULINCS  57094408 - THOMAS, TRAMMEL - Unit: PHX-N-B

--------------------------------------------------------------------------------

FROM: 57094408
TO: Mail, Legal
SUBJECT: NaCoe Brown
DATE: 03/13/2023 06:09:20 AM

Dear Judge,

My name is Tramell Thomas and I'm a 44 year old man that is writing this letter in honor and respect for Mr. NaCoe Brown. When I had read the terrible news pertaining to Mr. Brown's current situation - I must say that I was completely devastated. My devastation derived from the fact that what I was reading is not who Mr. Brown is - nor was it the teaching that he has instilled in so many men like myself. I can proudly say that I am a much different man today because of the guidance and spiritual teachings of Mr. Brown. It is through his teaching that I am equipped enough to assist other men in their journey of living a more positive and productive life. I am a better husband, a better father and a better contributor to the community today and I credit all of those things to Mr. NaCoe Brown. His spiritual guidance and teaching has already effected so many people in such a profound way and will continue to reverberate throughout this entire country.

I'm sure that I can speak for a multitude of people when I humbly ask the court for leniency in the case of Mr. NaCoe Brown. He is a great man of faith and a man who would literally give anyone the shirt off his back if he sees someone in need.

I thank you for your time and consideration,

God Bless

Your Honor

First and for most I like to thank you for taking the time to read my letter.

I'm wrighting on behalf of MR. BROWN. He has had a huge impact on my life he has helped me grow tremendously in my spiritual walk He is my spiritual father. He would help any body in need and always have positive advice and a listening ear when ever you needed, he was ther No Questions asked. He would always try to help people reach ther highest potential in all aspects of ther lifes. He showed me No matter how bad a sittuation may be I can grow from it. Despite his sittuations he would put others above his self. He is one of the most humble men I know.

May you please find it in your heart to have compassion on MR. Brown your Honor

Thank you for your Time and May God Bless you and May you prosper in Jesus Name

Sincerly Mr. Hernandez

**C**

# Accomplishments

## Results 1 to 10 of 10

**Last Name:** BROWN; **First Name:** nacoe;

| ALL | COMPANY | ADDRESS | PHONE |
|---|---|---|---|
| 1. | BROWN & BROWN ▊▊▊ (No recent public filings on file) LexID® Business Legal Entity:▊ *View Sources Match Names/Locations (up to 5): BROWN & BROWN Contact(s): NACOE BROWN ▊ | ▊ ▊ | |
| 2. | DEVINE ROYALTY PUBLISHING ▊▊ (No recent public filings on file) TIN:▊ LexID® Business Legal Entity:▊ *View Sources Match Names/Locations (up to 5): DEVINE ROYALTY PUBLISHING, INC ▊▊ (No recent public filings on file) Contact(s): NACOE R BROWN | ▊ 07/1995 - 12/07/2009 ▊ 07/1995 - 06/08/2015 | ▊ - EDT 11/29/2002 - 05/20/2015 ▊▊ Phone De-Listed in Electronic Directory Assistance |
| 3. | DIVINE ROYALTY MINISTRY ▊▊ (Company is defunct) LexID® Business Legal Entity:▊ *View Sources Match Names/Locations (up to 5): DIVINE ROYALTY MINISTRY ▊▊ (Company is defunct) Contact(s): NACOE RAY BROWN | ▊ 03/22/2000 - 03/22/2005 ▊ 03/22/2000 - 03/22/2005 | |
| 4. | DIVINE ROYALTY, LLC ▊▊ (No recent public filings on file) LexID® Business Legal Entity:▊ *View Sources Match Names/Locations (up to 5): DIVINE ROYALTY, LLC | ▊ 10/28/2020 - 12/28/2022 ▊ | ▊ - CDT |

| ALL | COMPANY | ADDRESS | PHONE |
|---|---|---|---|

Contact(s):
NACOE BROWN

---

**5.** HOLY NATION SINGERS

▱ (Company is defunct)

03/22/2000 - 03/22/2005

LexID® Business Legal Entity: 0000-6809-5983
*View Sources
Match Names/Locations (up to 5):
  HOLY NATION SINGERS
  ▱ (Company is defunct)

03/22/2000 - 03/22/2005

Contact(s):
NACOE RAY BROWN

---

**6.** JOSEPH GENERATION INC

LexID® Business Legal Entity:
*View Sources

02/05/2021

Match Names/Locations (up to 5):
  JOSEPH GENERATION INC
  ▱ (No recent public filings on file)

02/05/2021

Contact(s):
NACOE RAY BROWN

---

**7.** SHEKINAH'S CATERING SERVICE

▱ (Company is defunct)

03/22/2000 - 03/22/2005

LexID® Business Legal Entity:
*View Sources
Match Names/Locations (up to 5):
  SHEKINAH'S CATERING SERVICE
  ▱ (Company is defunct)

03/22/2000 - 03/22/2005

Contact(s):
NACOE RAY BROWN

---

**8.** SHEKINAH'S PLACE

▱ (Company is defunct)

11/22/1999 - 11/22/2004

LexID® Business Legal Entity:
*View Sources
Match Names/Locations (up to 5):
  SHEKINAH'S PLACE
  ▱ (Company is defunct)

11/22/1999 - 11/22/2004

Contact(s):
NACOE RAY BROWN

---

**9.** SHEKINAH'S TYPING SERVICE

▱ (Company is defunct)

| ALL | COMPANY | ADDRESS | PHONE |
|---|---|---|---|

LexID® Business Legal Entity:<u>0001-3144-9704</u>
*View Sources



03/22/2000 - 03/22/2005

Match Names/Locations (up to 5):
<u>SHEKINAH'S TYPING SERVICE</u>
✓ (Company is defunct)



03/22/2000 - 03/22/2005

Contact(s):
<u>NACOE RAY BROWN</u>



## Results 1 to 10 of 10

**Last Name:** BROWN; **First Name:** nacoe;

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings

**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer

**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# **Publications of Nacoe Brown**





# The Joseph Generation

## HOW TO FULFILL YOUR DREAM AGAINST THE ODDS

### The Joseph Generation

*George Washington, Thomas Jefferson, Abraham Lincoln, Frederick Douglas, Harriet Tubman, Dr. Martin Luther King, Jr., Mary McLeod Bethune, Booker T. Washington, Rosa Park, Sojourner Truth and Shirley Chisholm.* All of these famous people are known for fulfilling their dreams. What makes them so different from you? Nothing at all! If there were anything, it would be the fact that you haven't fulfilled your dream yet. Why not? Is it because of rejection, abuse, poverty, divorce, single parenting, racism, prison or sickness? Well, all of these famous people faced at least one of these problems, but yet still  fulfilled their dreams. One may say they fulfilled their dreams against the odds.

Well, my friend, I know the odds are against you, but it's your move. If anybody can walk across the stage of life with their Dream Diploma in hand, it's *you*.

ISBN 978-0-978890155

90000

9 780978 890155

*Na Co*

DRP/DRM



# THE JOSEPH GENERATION ARMY

O.J. Simpson, Steady B, Katt Williams, Snoop Dog, Ray Carruth, Tupac, Mike Tyson, Notorious B.I.G., Wesley Snipes, Ron Isley, DMX, Lauren Hill, Black Rob, Fat Joe, Bobby Shmurda, Ja-Rule, Prodigy, Plexico Burros, Turk, Beanie, Segal, Lil Kim, Manio, Martha Stewart, Max-B, Aaron Hernandez, Meek Mill, Petey Krack, Capone, John Forte, C-Murder, Mistikal, Lil Boosie, Lyfe Jennings, Gucci Mane, Jesse Jackson, Jr., Keith Murray, James Brown, TI, Shyne, Cool-C., Eugene Brown, Jeff Henderson, Daniel Manville and Uchendi Nwani.

All of these people were incarcerated at one point in their lives, and now some of them are in society living productive lives.

In the middle of a legal revolution where many are fighting for justice reform to change the way millions are sentenced and incarcerated in the greatest nation in the world, the book The Joseph Generation Army: How to get the Solution out of Prison, will help you understand the origin and reason for this revolution. This book addresses: How can America's prison system move from warehousing inmates to helping them become solutions in society? How to take the worst inmates and turn them into community leaders? How the Justice Department can be responsible for taking the misfits of society and transforming them into missing pieces of a nation's puzzle? How spiritual principles can provide social structure? How prison staff and C.O.s can affect their environment by working for the mission and not the money? How to take the very people who tore down the community and change them to community builders?

From the time one begins a criminal lifestyle, to their incarceration and return back into society, this new generation will take us on a journey to reveal how to get the solution out of prison.

Be prepared to be shocked by the unconventional solution from an unusual place and an unusual people.



ISBN 978-0-9968382-5-2

90000

9 780996 838252





**Divided Nation** answers the great, "What if…" that lies beneath the surface of the American society. What if a leader came along who picked up where other visionaries left off, taking the country where some have dreamed of, and where others dared not go?

Raymond Jackson, an African American politician, was well prepared to be America's first black Vice President until his Godfather, who he never knew existed, introduced him to his true purpose. Now Raymond must fight many unseen forces to reach his destiny, even if it means dividing a nation.

Divided Nation is a page-turner that is packed with adultery, assassination attempts, betrayal, controversy, dreams, mystery, political scandals, social issues, faith, hope, miracles, passion, purpose and triumph. This book has a great spiritual overtone.

Drama/Contemporary

www.dividednation.org



ISBN 978-0-9788901-0-0

9 780978 890100



# SPIRITUAL DEVELOPMENT INNER MAN TRAINEE'S CURRICULUM



THE BIBLE OUTLINE

*Knowing Spiritual Principles in the Bible*



Courses I, II & III



THE SPIRITUAL KINGDOM

*Knowing Spiritual Cultures*



THE ORDER OF THE KINGDOM

*Knowing Spiritual Order*

*Developing and Training your Inner Man*

*NaCo*

# Spiritual Development Inner Man Trainer's Manual

Spiritual Development Inner Man Trainer's Manual is a spiritual tool to equip inmates to evangelize their environment as they prepare to re-enter society, and also minister to their family, community, city, state, nation, and the nations of the world.

Spiritual Development Inner Man Trainer's Manual was designed by an inmate, to help other inmates facilitate with authority. In this manual are seven powerful courses, which causes one's inner man to grow in Christ.

**Outline of the Bible** - As spiritual seeds of Abraham, you have been given the responsibility to go to all nations, and bring humanity back to God.

**Spiritual Kingdom** – As you go to all nations, you use the keys to the kingdom in the name of Jesus, to the glory of God the Father.

**Order of the Kingdom** – As you use the keys to the kingdom, you will do so in an orderly fashion, to be effective in God's spiritual system.

**Spiritual Growing Stages** – As you function in an orderly fashion, you will grow from one spiritual stage to the next.

**Recognizing and Realizing your Purpose** – As you grow spiritually, God will reveal to you your purpose and product, to help you win souls for Christ.

**Worship, Prayer, and Praise** –Is a spiritual workout to build your inner man, so you can fulfill your purpose.

**Deliberate Deliverance** – Is God's strategy to set you free from the inside-out, in order for you to do all the above.

Spiritual Development Inner Man Trainer's Manual's main objective, is to prepare God's people for the work of service, so that the body of Christ may be built up, until it reaches unity in the faith, and in the knowledge of the Son of God, and become mature attaining to the whole measure, of the fullness of Christ.

*Then you will no longer be infants, tossed back and forth by the waves, and blown here and there by every wind of teaching, and by the cunning and craftiness of men in their deceitful schemes. Instead, speaking the truth in love, you will in all things grow up into him who is the Head, that is Christ. From Him, the whole body is joined and held together by every supporting ligament, grows, and builds itself up in love, as each part does its work. Ephesians 4:12-16*

ISBN 978-0-9788901-9-3

90000

# SPIRITUAL DEVELOPMENT INNER MAN TRAINEE'S CURRICULUM



**THE GROWING STAGES**

*Knowing Spiritual Growth*

**Courses**

**IV, V, & VI**



**RECOGNIZING AND REALIZING YOUR PURPOSE**

*Knowing Spiritual Purpose*



**THE SPIRITUAL WORKOUT**

*Knowing Spiritual Workout*

*Developing and Training*

*your Inner Man*

*NaCo*

# Spiritual Development Inner Man Trainer's Manual

Spiritual Development Inner Man Trainer's Manual is a spiritual tool to equip inmates to evangelize their environment as they prepare to re-enter society, and also minister to their family, community, city, state, nation, and the nations of the world.

Spiritual Development Inner Man Trainer's Manual was designed by an inmate, to help other inmates facilitate with authority. In this manual are seven powerful courses, which causes one's inner man to grow in Christ.

**Outline of the Bible** - As spiritual seeds of Abraham, you have been given the responsibility to go to all nations, and bring humanity back to God.

**Spiritual Kingdom** – As you go to all nations, you use the keys to the kingdom in the name of Jesus, to the glory of God the Father.

**Order of the Kingdom** – As you use the keys to the kingdom, you will do so in an orderly fashion, to be effective in God's spiritual system.

**Spiritual Growing Stages** – As you function in an orderly fashion, you will grow from one spiritual stage to the next.

**Recognizing and Realizing your Purpose** – As you grow spiritually, God will reveal to you your purpose and product, to help you win souls for Christ.

**Worship, Prayer, and Praise** –Is a spiritual workout to build your inner man, so you can fulfill your purpose.

**Deliberate Deliverance** – Is God's strategy to set you free from the inside-out, in order for you to do all the above.

Spiritual Development Inner Man Trainer's Manual's main objective, is to prepare God's people for the work of service, so that the body of Christ may be built up, until it reaches unity in the faith, and in the knowledge of the Son of God, and become mature attaining to the whole measure, of the fullness of Christ.

*Then you will no longer be infants, tossed back and forth by the waves, and blown here and there by every wind of teaching, and by the cunning and craftiness of men in their deceitful schemes. Instead, speaking the truth in love, you will in all things grow up into him who is the Head, that is Christ. From Him, the whole body is joined and held together by every supporting ligament, grows, and builds itself up in love, as each part does its work. Ephesians 4:12-16*

ISBN 978-0-9968382-0-7

9 780996 838207

# SPIRITUAL DEVELOPMENT INNER MAN TRAINEE'S CURRICULUM



Course VII



DELIBERATE DELIVERANCE

*Knowing Spiritual Deliverance*

*Developing and Training your Inner Man*

*NaCo*

# Spiritual Development Inner Man Trainer's Manual

Spiritual Development Inner Man Trainer's Manual is a spiritual tool to equip inmates to evangelize their environment as they prepare to re-enter society, and also minister to their family, community, city, state, nation, and the nations of the world.

Spiritual Development Inner Man Trainer's Manual was designed by an inmate, to help other inmates facilitate with authority. In this manual are seven powerful courses, which causes one's inner man to grow in Christ.

**Outline of the Bible** - As spiritual seeds of Abraham, you have been given the responsibility to go to all nations, and bring humanity back to God.

**Spiritual Kingdom** – As you go to all nations, you use the keys to the kingdom in the name of Jesus, to the glory of God the Father.

**Order of the Kingdom** – As you use the keys to the kingdom, you will do so in an orderly fashion, to be effective in God's spiritual system.

**Spiritual Growing Stages** – As you function in an orderly fashion, you will grow from one spiritual stage to the next.

**Recognizing and Realizing your Purpose** – As you grow spiritually, God will reveal to you your purpose and product, to help you win souls for Christ.

**Worship, Prayer, and Praise** –Is a spiritual workout to build your inner man, so you can fulfill your purpose.

**Deliberate Deliverance** – Is God's strategy to set you free from the inside-out, in order for you to do all the above.

Spiritual Development Inner Man Trainer's Manual's main objective, is to prepare God's people for the work of service, so that the body of Christ may be built up, until it reaches unity in the faith, and in the knowledge of the Son of God, and become mature attaining to the whole measure, of the fullness of Christ.

*Then you will no longer be infants, tossed back and forth by the waves, and blown here and there by every wind of teaching, and by the cunning and craftiness of men in their deceitful schemes. Instead, speaking the truth in love, you will in all things grow up into him who is the Head, that is Christ. From Him, the whole body is joined and held together by every supporting ligament, grows, and builds itself up in love, as each part does its work. Ephesians 4:12-16*

ISBN 978-0-9968382-1-4
90000
9 780996 838214

# SPIRITUAL DEVELOPMENT
# INNER MAN
# TRAINER'S MANUAL



Five Star
General

*Developing and Training*
*your Inner Man*

*NaCo*

# Spiritual Development Inner Man Trainer's Manual

Spiritual Development Inner Man Trainer's Manual is a spiritual tool to equip inmates to evangelize their environment as they prepare to re-enter society, and also minister to their family, community, city, state, nation, and the nations of the world.

Spiritual Development Inner Man Trainer's Manual was designed by an inmate, to help other inmates facilitate with authority. In this manual are seven powerful courses, which causes one's inner man to grow in Christ.

**Outline of the Bible** - As spiritual seeds of Abraham, you have been given the responsibility to go to all nations, and bring humanity back to God.

**Spiritual Kingdom** – As you go to all nations, you use the keys to the kingdom in the name of Jesus, to the glory of God the Father.

**Order of the Kingdom** – As you use the keys to the kingdom, you will do so in an orderly fashion, to be effective in God's spiritual system.

**Spiritual Growing Stages** – As you function in an orderly fashion, you will grow from one spiritual stage to the next.

**Recognizing and Realizing your Purpose** – As you grow spiritually, God will reveal to you your purpose and product, to help you win souls for Christ.

**Worship, Prayer, and Praise** –Is a spiritual workout to build your inner man, so you can fulfill your purpose.

**Deliberate Deliverance** – Is God's strategy to set you free from the inside-out, in order for you to do all the above.

Spiritual Development Inner Man Trainer's Manual's main objective, is to prepare God's people for the work of service, so that the body of Christ may be built up, until it reaches unity in the faith, and in the knowledge of the Son of God, and become mature attaining to the whole measure, of the fullness of Christ.

*Then you will no longer be infants, tossed back and forth by the waves, and blown here and there by every wind of teaching, and by the cunning and craftiness of men in their deceitful schemes. Instead, speaking the truth in love, you will in all things grow up into him who is the Head, that is Christ. From Him, the whole body is joined and held together by every supporting ligament, grows, and builds itself up in love, as each part does its work. Ephesians 4:12-16*



ISBN 978-0-9788901-8-6
90000
9 780978 890186



Women worldwide are hearing destiny calling them to another level, a level in history when they will reveal the superstar in them.

Your superstar self will grace the stage of life and it will put on a magnificent performance like never before.

Mothers, daughters, sisters, aunts, nieces, politicians, students, teachers, parishioners, doctors, officers, and businesswomen will come together to captivate a generation by shining with the confidence of a brilliant star.

Be sure you know who you are and the role you play in this exciting time, when the ordinary will give birth to the extraordinary!



ISBN 978-0-9788901-6-2

9 780978 890162





# Wife Material

### Preparing Single Spiritual Sisters For Marriage

§  You should have learned these lessons years ago before you started to date, but the good news is it's never too late for you to learn about becoming a wife.

§  It's your time to prepare for your wedding day from the inside out and not from the outside in.

§  The words of wisdom, knowledge and revelation contained in this book, will prepare women of all ages for what they have been longing for all of their lives.

The objective of this book is to prepare spiritual sisters to be able to say, "I'm ready for my wedding day, because now I know without any doubt I am Wife Material."

*Na Co*



ISBN 0-9788901-1-6

9 780978 890117    90000



# Volume I

# My Wife
## Material





Time is changing fast; the electronic age is causing the world to become smaller everyday. Websites like MySpace, Facebook and many up and coming sites are changing the way we meet and greet new people. But there's one thing that will always stay the same when it comes to dating and relationships and that is preparation.

If we want to have a meaningful and lasting relationship we must prepare for it, the only problem is when will we find the time to prepare for anything these days. The kids, work, school, church and the everyday routine leaves us with no time to do anything else.

So we jump into relationships unprepared and the results are devastating, because anything you do not prepare for has a zero-percent chance of being successful. Well, a new generation of single, married and divorced sisters are revolutionizing the way they prepare for love, relationships and marriage; it's called, "My Wife Material."

This two part book helps you to prepare for a meaningful relationship, FROM THE INSIDE OUT.

You will discover wife material is not only about marriage which can be the by-product of your wife material. The essence of your wife material is the fabric that your woman hood, sisterhood, motherhood and livelihood is made of. For example, did you know as a mother your wife material is designed to help you raise your children?

Join the millions of women who are discovering and developing their "Wife Material" across the nation and worldwide!

## NaCo

**My Wife Material: Volume I**
**Workbook Included In Volume II**



*"Where Wisdom is Wealth"*
*I Kings, 10:23*

ISBN 978-0-9788901-3-1
90000
9 780978 890131





Volume II

# My Wife
## Material



Time is changing fast; the electronic age is causing the world to become smaller everyday. Websites like MySpace, Facebook and many up and coming sites are changing the way we meet and greet new people. But there's one thing that will always stay the same when it comes to dating and relationships and that is preparation.

If we want to have a meaningful and lasting relationship we must prepare for it, the only problem is when will we find the time to prepare for anything these days. The kids, work, school, church and the everyday routine leaves us with no time to do anything else.

So we jump into relationships unprepared and the results are devastating, because anything you do not prepare for has a zero-percent chance of being successful. Well, a new generation of single, married and divorced sisters are revolutionizing the way they prepare for love, relationships and marriage; it's called, "My Wife Material."

This two part book helps you to prepare for a meaningful relationship, FROM THE INSIDE OUT.

You will discover wife material is not only about marriage which can be the by-product of your wife material. The essence of your wife material is the fabric that your woman hood, sisterhood, motherhood and livelihood is made of. For example, did you know as a mother your wife material is designed to help you raise your children?

Join the millions of women who are discovering and developing their "Wife Material" across the nation and worldwide!

NaCo

**My Wife Material: Volume I Workbook Included In Volume II**

*"Where Wisdom is Wealth"*
*I Kings, 10:23*





ISBN 978-0-9788901-4-8

90000

9 780978 890148



# SPIRITUAL DEVELOPMENT INNER MAN TRAINING
## AFTERCARE

If you are reading this book, 9 times out of 10 you have completed the seven lessons of the spiritual development inner man training. First, I want to congratulate you on a job well done. Now it's time for you to start growing spiritually. All of the lessons you just learnt will be for nothing, without learning how to apply them to your life.

This book will help you step-by-step to grow spiritually. You will learn a spiritual routine that will help you build your inner man in no time at all. When you complete this book, you will know exactly what to do with all the information and principles you just received over the last 60 days. So roll up your sleeves and get focused.



ISBN 978-0-9968382-2-1

90000

9 780996 838221



# *2020 Faith*

Preparing the most spiritual Christian men, and women, for a new decade. Training them to get *a revelation* for *application*.

The author gives a greater insight into *a faith* that will revolutionize the way we worship in our relationship with God, our spiritual growth, and how we interact in our society.

Are you ready to move your faith of *I'll believe it when I see it,* to *faith that knows*, then you will be ready to have 2020 faith?

*Na Co Brown*



*Where Wisdom is Wealth and Wealth is Wisdom*

ISBN 978-0-9968382-8-3
90000



9 780996 838283

# God's
# Latest and Greatest
# Creation

### 31 Day
### Morning and Night
### Devotion and Prayer

|   | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

*NaCo*

# God's Latest and Greatest Creation

## 31 Day Morning and Night Devotion and Prayer

In the beginning God created so many beautiful and powerful things. Then He rested on the seventh day. Well, there are a lot of masterpieces that we are still discovering that were created by the Master's hands. What if I tell you, you are one of those masterpieces? That's right, you have been fearfully and wonderfully made (Psalm 139:14). So let's go through 31 days and nights of spiritual development devotions to discover how you are God's latest and greatest creation.



ISBN 978-0-9968382-3-8
90000
9 780996 838238



# SOCIAL DEVELOPMENT

## HOW TO GET THE SOLUTION OUT OF PRISON

### *THINKING INSIDE THE BOX*



*NaCo*





# *S*OCIAL *D*EVELOPMENT

## HOW TO GET THE SOLUTION OUT OF PRISON

### *THINKING INSIDE THE BOX*

As our nation goes through many internal revolutions there is one major revolution taking place in our legal system. And that is "Justice Reform." How the greatest nation in the world sentence and imprison their citizens is a very hot topic, and it would be a shame for everyone to weigh in on this conversation, but the very ones it affect the most. It's time for America's prisoners to have a say in this major discussion. It's time for you to know how to use your prison environment to prepare to re-enter society and no longer be the problem, but the solution.

Social Development will help you take your rehabilitation into your own hands, monitor your change, impact your prison environment in a positive way, and know 100% when you are ready to re-enter society, with the sole purpose of bringing a solution to the table.



ISBN 978-0-9968382-4-5

90000

9 780996 838245

**E**

# Family

## Estep Brothers Funeral Service, PA

---

## Crystal Brown Ukah

( April 08, 1965 - June 24, 2016 )

Crystal Brown Ukah
( April 8, 1965- June 24, 2016 )

Friends are invited to call Friday July 1, 2016 , 3:00pm – 7:00pm, Estep Brothers Funeral Home, 1300 Eutaw Place, Baltimore, Maryland 21217

Religious Service: Saturday July 2, 2016 , 10:30am-11:00am, Kingdom Worship Center., 6419 York Rd Towson, Maryland

Interment: Saturday July 2, 2016, Following Service, Druid Ridge Cemetery

## Estep Brothers Funeral Service, PA

## Rether Brown



( November 18, 1945 - October 10, 2016 )

Rether Brown
( November 18,1945 – October 10, 2016 )

Friends are invited to call Sunday October 16, 2016 , 3:00pm –7:00pm, Great Dalton Baptist Church ,4302 Garrison Blvd, Baltimore, Maryland 21217

Religious Service: Monday October 17, 2016 , 10:00am-11:00am, Mt. Moriah Baptist Chuurch, , 2201 Garrison Blvd, Baltimore, Maryland

Interment: Monday October 17,2016,Druid Ridge Cemetery

Beautiful, loyal, compassionate, nurturing and Spirit-filled are just a few characteristics that describe

Lady Rether Mae Brown

She was not just a Pastor's Wife. She was a leading lady, a caregiver and a mother to many.

Born and raised in Conway, South Carolina to Nathaniel & Rether Bradley, she spent her early years in a little town called Tabor City, North Carolina. She enjoyed a normal life and when she was seven years old, her family moved to Baltimore and later to Westport. One afternoon, while looking out the window she saw a skinny, tall, young man across the street, and immediately said, "He's cute... I'm gonna marry him". Her life completely changed when she fell in love with the man who became her soulmate and life partner, Aggie Lee. At the age of 16, she married him and a beautiful and fulfilling new life began.

Proverbs 31:28 – "Her family rise up and called her blessed, her husband also praiseth her."

As a mother, she nurtured her six children as she loved each of them equally, but differently. She made each child feel like he or she was the favorite. She was a true prayer warrior and she daily covered her husband and children in prayer. She showed so much love and strength throughout her children's developing years often sacrificing her desires and pushing her wishes aside, helping and encouraging them to fulfill their own. As a daycare provider, she nurtured hundreds of children and families often without compensation. She may not have had a degree in education on her wall, but she was a teacher to many.

Psalm 84:10 – "For a day in Thy courts, is better than a thousand. I had rather be a door keeper in the house of my God, than dwell in the tents of wickedness."

She accepted the Lord Jesus Christ as her personal Savior in 1962 at the Mt. Moriah Baptist Church, under the leadership of Rev. Boykin Jesse. She immediately found joy in serving as an usher, welcoming people into the house of the Lord and offering a pleasant smile and a warm embrace that encouraged the souls of many. As she and her husband were building a family, they enjoyed serving God at the Mt. Moriah Baptist Church. In 1971, God called her husband to the ministry, now making her a preacher's wife. In 1978, she joined her husband at The Dalton Baptist Church, now serving alongside him as First Lady.

Proverbs 31:20 – "She stretched out her hand to the poor; yet she reacheth forth her hand to the needy."

She was more than a First Lady. While serving along her husband's side, she became an intricate asset to his ministry and the growth of the church. She was a true servant leader and a willing worker. She was not impressed by titles at all. You would occasionally see her in her fashionable suits, shoes and in her hats that turned heads, but more often, she would be greeting members and guests, as they entered the sanctuary, wearing her white ushering uniform. It was not uncommon to see her serving in any capacity of church life. She became the Spiritual Mother to people of all ages. She had a special love for young people. They ALL were her children. You would frequently, yet jokingly hear her say, "I'm gonna beat you!" She was uncomfortable being the typical "first lady," but instead, she found joy laughing, encouraging, scolding and loving everyone she met, whether a Bishop or the homeless. You could find her on any day cleaning the church, cooking in the kitchen, mentoring the youth or passing out a bulletin, just to name a few of the many hats she wore. She enjoyed being a missionary. She never liked to speak publicly, but she always had something to say. She faithfully served by her husband's side until his retirement.

Proverbs 31:23 – "Her husband is known in the gates, when he sitteth among the elders of the land."

She loved her husband whom she affectionately called, "Lee". For years he encouraged her to get her driver's license, which she never did, in spite of the fact that he purchased two cars for her. While building a family and growing a church, she enjoyed traveling and spending time with him. Whether it was attending church conventions, family reunions, their annual trips to Myrtle Beach, cruising or attending church gatherings, you would always see her by his side. Just weeks ago, they enjoyed what they didn't know would be their final vacation together, appreciating a train ride to Florence, South Carolina and the chance to spend quality time together, days before her health began to fail.

Proverbs 31:30 – "Favour is deceitful, and beauty is vain: but a woman that feareth the Lord, she shall be praised."

On Monday, October 10, 2016, the Lord quietly called Lady Rether Mae

**E-2**

Brown to her heavenly home. Left to cherish fond memories are, her husband of 55 years, Bishop Aggie L. Brown, Sr., three sons, Dr. Aggie L. Brown, Jr. (Reenea), Rev. Nacoe Brown (Vanessa), Zelotes Mack Brown (Tarsha), and one daughter, Minister Louise Brown; son-in-law , Peter Ukah; twenty-four grandchildren, seven great-grandchildren; brothers, Nathaniel Bradley and Obie Dunn; her Aunt Hattie McClendon of Miami, Florida; her best friend, Gracie; and a host of in-laws, godchildren, nieces, nephews, other relatives, family and friends. She was preceded in death by two daughters, Loretta Brown and Crystal Brown-Ukah.

Proverbs 31:29 – "Many daughters have done virtuously. but you excel them all."



# Bishop Aggie L. Brown,Sr

April 26, 1944 - May 24, 2020

SHARE:      

SERVICES ›

GUESTBOOK ›

CONDOLENCES ›

## BISHOP AGGIE'S OBITUARY

**Bishop Aggie L. Brown, Sr**
April 26, 1944 – May 24, 2020 )

**Friends are invited to call Thursday June 4, 2020 ,  3:00pm - 7:00pm, Great
Dalton Baptist Church,  4302 Garrison Blvd**,  Baltimore, Maryland 21215

**Friends are invited to call Friday June 5, 2020 ,  12:00pm 7:00pm,  First Mt.
Olive F.W.B. Church,  618 N. Hammonds Ferry Rd**,  Linthicum, Maryland 21090

**Religious Service: Saturday June 6, 2020**  , **11:00am Graveside,  7900 Park
Heights Ave**, Pikesville, Maryland 21208

**Entombment: Druid Ridge**

Topic: Estep Funeral home/ Redd Funeral Service's Zoom Meeting
Date: Jun 6, 2020 11:03 AM Eastern Time (US and Canada)

Download Recording:
https://us02web.zoom.us/rec/share/9PQpCp7Z0U9JT9LX03DTGakvR6b9eaa8hHdI

Access Password: 1k#mIu%u

**Interment: Druid Ridge**

# Prior Case

ADVERTISEMENT

NEWS

## Money stolen, found and missing again

By Gail Gibson
Baltimore Sun • Oct 03, 2002 at 12:00 am

   



As they wrapped up a two-week bank robbery trial in U.S. District Court in Baltimore, federal authorities discovered another possible crime - some key evidence, more than $36,000 in cash, had disappeared.

FBI officials confirmed yesterday that agents are investigating what happened to money used as evidence in the trial of Nacoe Ray Brown, who was convicted last week in a string of violent bank robberies in Baltimore County.

Special Agent Barry A. Maddox, an FBI spokesman, declined to discuss the evidence investigation in detail or say how much money is missing. But law enforcement sources said that $36,000 to $38,000 was gone and that FBI agents had interviewed numerous courthouse employees this week.

The money was determined to be missing as attorneys packed up after a jury had returned its verdict against Brown last Thursday, said U.S. District Judge Andre M. Davis, who presided over the trial and was astounded by the discovery.

Davis said investigators have indicated that the money apparently was not taken from his courtroom, but that it likely was lost somewhere between the courtroom and government storage used to hold sensitive evidence during trials.

"My understanding is it wasn't taken out of the courtroom, and that gives me a very narrow measure of relief," Davis said. "The bureau is undergoing a very thorough, professional investigation, and we can just await the outcome."

Officials with the U.S. attorney's office did not respond yesterday to requests for comment.

Federal prosecutors and the FBI agents assigned to the case would have been directly responsible for the money. Such evidence, along with items such as guns and drugs, typically is kept locked in a secure area except for the brief period when it is introduced at trial.

The missing money provided odd punctuation to a high-profile bank robbery case with its own curious twists.

Brown, 34, of Baltimore, was charged with another man in connection with four Baltimore County robberies last year that gained attention for the level of violence, the amount of money taken and the robber's many disguises. In one robbery, the gunman wore hospital scrubs and a stethoscope; in another, a suit and black fedora, according to an affidavit by the FBI's lead investigator in the case, Special Agent Anthony M. Campano.

Prosecutors said Brown was the holdup man in four robberies that netted more than $450,000. He was convicted on three counts of bank robbery; jurors were deadlocked on a fourth count.

The other defendant, Kevin L. Hilliard, pleaded guilty to his role in one robbery and testified against Brown at the trial. Hilliard said that Brown told him God had directed him in a vision to rob banks as a way to fund his struggling gospel dinner theater in downtown Baltimore. The theater, Shekinah's Place on Guilford Avenue, closed.

Court records show that it was during a search of Hilliard's home that FBI agents found a safe containing about $68,000 in cash, some of it in wrappers from banks that had been robbed.

A list of government exhibits introduced at trial makes two references to cash - one exhibit was listed as "Money from Hilliard's safe;" another was identified as "Money recovered from Hilliard on arrest."

A stipulated agreement that all exhibits in the case had been returned was signed on the last day of the trial by each of the attorneys in the case - Assistant U.S. Attorneys Jonathan P. Luna and Jacabed Rodriguez-Coss and defense attorney Kenneth W. Ravenell.

Ravenell said yesterday that at the trial, government lawyers asked Hilliard to identify the cash seized from his safe as coming from the bank robberies. Ravenell said the money was heat-sealed in two or three separate plastic bags and that each one was extremely bulky because the denominations were relatively small.

The missing bag of money contained as much as $38,000, apparently in $20 bills, according to law enforcement sources close to the investigation.

Ravenell said the money was in the courtroom for only the short period when it was identified by Hilliard and introduced as evidence. After that, he said the evidence apparently was taken to a secure area by government agents or attorneys, who typically wheel case files and evidence boxes through the courthouse on rolling carts. "These were not like little stacks of ... hundred-dollar bills," Ravenell said. "It's not something that, in my opinion, is just going to fall off the cart in the hallway and no one would notice."

Ravenell said he had not been interviewed by FBI agents and learned about the missing evidence during an unrelated appearance in Davis' courtroom this week. He said the evidence probe would not affect his client's case or sentencing, which is scheduled for December 13.

"The money was there during the trial," Ravenell said. "What they did with it after, I have no idea."

Taboola Feed

**This Year's Kia Lineup Is Turning Heads -- And Finally On Sale!**
Best Kia Deals | Search Ads | Sponsored
Learn More

**Man Who Called Lehman Crash Warns of Rare Anomaly**
Investing Outlook | Sponsored

**Revolutionary Learning Device for Kids with Disabilities [Try Now]**
OrCam Learn | Sponsored
Learn More

**Man Who Predicted Lehman Crash Says Get Ready For A 2023 "Cash Frenzy"**
Investing Outlook | Sponsored

**American Shoppers Should Think Twice Before Buying from These 2 Stores**
Online Shopping Tools | Sponsored

**2 Insane Cards Charging 0% Interest Until Nearly 2025**
CompareCredit.com | Sponsored
Learn More

**Florida Drivers With No DUI's Getting A Pay Day on Tuesday**
★ ★ ★ ★ ★
Comparisons.org | Sponsored
Learn more

**The New York Times**

https://www.nytimes.com/2003/12/05/us/federal-prosecutor-found-dead-with-stab-wounds.html

# Federal Prosecutor Found Dead With Stab Wounds

**By Eric Lichtblau**

Dec. 5, 2003

A federal prosecutor in Baltimore was found dead with multiple stab wounds on Thursday in a creek in a rural area of Pennsylvania, hours before he was scheduled to appear in court in the case of a violent drug ring.

The prosecutor, Jonathan P. Luna, was stabbed repeatedly, and an autopsy showed signs of freshwater drowning, Dr. Barry Walp, the coroner for Lancaster County in eastern Pennsylvania, said in an interview.

The body was discovered about 5:30 a.m. near a rural highway in Lancaster County, the coroner said. Mr. Luna, 38, was dressed in a business suit but had no identification on him. It was not until several hours later -- after the prosecutor failed to show up in a Baltimore courtroom, some 50 miles away -- that the authorities established his identity, Dr. Walp said.

Within hours of the discovery, investigators interviewed one of the admitted drug dealers whom Mr. Luna was prosecuting in Baltimore, and officials said they were investigating the possibility that the trial was connected to his death. But they cautioned that no motive had been established and that other theories were being explored.

News of Mr. Luna's death jolted federal prosecutors and law enforcement officials around the country, and Attorney General John Ashcroft called it ''a tragic death.''

A somber Thomas M. DiBiagio, the United States attorney in Baltimore, said: ''We will find out who did this and we are dedicated to bringing the persons responsible for this tragedy to justice.''

Mr. Luna, who was married with two young children and lived in Elkridge, outside of Baltimore, was considered a bright, energetic prosecutor. He was assigned to several important cases involving drug trafficking, arson and other crimes, colleagues said. A graduate of the University of North Carolina law school, he worked as a local prosecutor in Brooklyn before joining the Justice Department four years ago as an assistant United States attorney, officials said.

A law enforcement official who spoke on condition of anonymity said investigators considered the timing of the murder to be suspicious because it came in the midst of a case that Mr. Luna was working on involving allegations of drug trafficking and violence. Mr. Luna was the lead prosecutor in the federal case against Deon Smith, a rap artist in Baltimore, and Walter O. Poindexter, a business associate, who were accused of using a Baltimore recording studio to traffic in heroin.

Investigators are pursuing the possibility that Mr. Luna's killing was connected to the drug case. But the law enforcement official cautioned that ''we're not presuming anything.''

The official continued: ''We don't know yet. It could be him being in the wrong place at the wrong time. We're not ruling anything out yet.''

Kenneth W. Ravenell, the defense lawyer for Mr. Smith in the drug case, said his client had nothing to do with the killing and was cooperating in the investigation. His co-defendant, Mr. Poindexter, was interviewed by the Federal Bureau of Investigation on Thursday, and Mr. Smith expects to speak with investigators Friday, the defense lawyer said.

Mr. Ravenell said his client was happy with the outcome of the drug case because Mr. Luna and the defense lawyers had agreed to a plea bargain late Wednesday after three days of trial. For both men, the deal dropped conspiracy counts, which carry a sentence of 25 years to life, and Mr. Smith was allowed to plead guilty to drug distribution and use of a firearm, with a potential sentence of 8 to 10 years, the lawyers said.

Mr. Smith ''was about as ecstatic as you can be when you're going off to prison on a plea,'' Mr. Ravenell said.

''He was very happy and very relieved to get the deal that he wanted,'' he said.

''It would be silly of these men to have been involved in this murder because they got what they wanted from their plea,'' Mr. Ravenell continued. ''I would be more than shocked if they were involved.''

With a jury still impaneled Thursday morning, lawyers were to appear in court at 9:30 a.m. to enter the plea agreement into the record, but Mr. Luna did not show up. ''He was very punctual so it certainly was unusual to see him not there at the appointed hour,'' said Mr. Ravenell, adding that he considered himself a friend and mentor to the young prosecutor.

Federal agents at the courthouse were unable to find him, and the F.B.I. began investigating his disappearance in the morning even as lawyers in the case entered pleas in his absence. By the time the pleas were completed, around 11:30 a.m., and the prosecutor had still not arrived, ''people were more frantic,'' the defense lawyer said.

Within about four hours, officials had linked the discovery of the body in Pennsylvania to the prosecutor's disappearance. Details of the investigation were tightly held, and the State Police in Pennsylvania took the unusual step of refusing to release any information on the crime, referring all questions to the federal Justice Department.

Killings of federal prosecutors are regarded as rare. The last one, officials said, occurred two years ago ago when Thomas C. Wales, an assistant United States attorney in Seattle, was shot to death in his home.

A federal prosecutor who handles drug cases said that trafficking cases in particular carry the potential for violence against government officials and that prosecutors know to follow a code of conduct for their safety. The chief rule, said the prosecutor, is never to draw the defendant into a personal confrontation.

''This isn't supposed to happen,'' said the prosecutor, who spoke on condition of anonymity. ''If you're fair and don't personalize it, you're not supposed to get hit.''

In addition to drug cases, Mr. Luna had prosecuted in Baltimore a man who videotaped a child sleeping in her home and a man who plotted to burn down a house to force six Mexicans out of his neighborhood, officials said.

During his two years in the Brooklyn district attorney's office, he enjoyed a solid reputation as an up-and-coming prosecutor, those who knew him said.

''Jon was bright, highly responsible, looked out for his colleagues and brought an effective blend of book smarts and street smarts to the table,'' said Jeff Kern, the former investigations bureau chief at the district attorney's office, who once supervised Mr. Luna. ''In the relatively short time he was in the D.A.'s office, he achieved a substantial amount of success and left a very positive impression.''

A version of this article appears in print on , Section A, Page 24 of the National edition with the headline: Federal Prosecutor Found Dead With Stab Wounds



United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

DISTRICT *of* MARYLAND

<u>U.S. Attorneys</u> » <u>District of Maryland</u> » <u>News</u>

**Department of Justice**

U.S. Attorney's Office

District of Maryland

FOR IMMEDIATE RELEASE                                  Wednesday, June 22, 2022

# Baltimore Defense Attorney Sentenced to 57 Months in Federal Prison for Money Laundering Conspiracy

### The Defendant Used His Law Firm Escrow Account to Launder Drug Proceeds

***Baltimore,*** Maryland – U.S. District Judge Liam O'Grady of the U.S. District Court for the Eastern District of Virginia, who presided over this case in the District of Maryland, today sentenced Kenneth Wendell Ravenell, age 63, of Monkton, Maryland, to 57 months in federal prison, followed by three years of supervised release for conspiracy to commit money laundering conspiracy charge.  Ravenell was convicted of that charge on December 28, 2021, after a 16-day trial.

The sentence was announced by First Assistant United States Attorney for the District of Maryland Phil Selden; Special Agent in Charge Darrell J. Waldon of the Internal Revenue Service - Criminal Investigation, Washington, D.C. Field Office; and Assistant Special Agent in Charge Orville O. Greene of the Drug Enforcement Administration, Baltimore District Office.  The United States Attorney has recused himself from this case.

The trial evidence proved that Ravenell received drug proceeds from clients and associates who engaged in drug trafficking.  Evidence was presented that Ravenell also used bank accounts of the law firm to launder more than a million dollars; used the law firm's bank accounts to receive drug payments and make payments to attorneys retained to represent other members of the conspiracy; and used the law firm's bank accounts to make various investments on behalf of a drug trafficker client, concealing and misrepresenting the source of the funds and promoting the client's unlawful activity.  According to trial evidence, Ravenell also received substantial cash payments derived from drug sales as compensation for laundering money.

Specifically, the trial evidence demonstrated that from 2009 through 2014, Ravenell gave a drug dealer advice on how to launder the millions of dollars of cash that the dealer's marijuana sales generated.  Ravenell advised the drug dealer to set up businesses that generated cash themselves and make investments in real estate projects, which the drug dealer did, in order to launder drug proceeds.  The drug dealer's business activities were mainly in entertainment, where he organized concerts and other events.  Drug proceeds were used to pay expenses, like renting venues, hiring entertainers, and purchasing food and alcohol for re-sale.  Attendees to these events largely paid in cash for their tickets, which provided a second opportunity to launder money, namely, by mixing cash generated by marijuana sales with cash

generated by ticket sales.  Ravenell and the drug dealer discussed all aspects of these events and the drug dealer's entertainment-related activities, including the use of drug proceeds to fund the events and the mixing of drug proceeds with ticket sales.

In 2011, the drug dealer was arrested and became a formal client of Ravenell's and the law firm where he was a partner at that time.  Between 2011 and 2014, the trial evidence showed that in addition to advising the drug dealer on how to launder money, Ravenell personally laundered his client's drug proceeds using the firm's attorney trust account.  Ravenell accepted more than $1.8 million in drug proceeds and funds co-mingled with drug proceeds from entities and individuals associated with the drug dealer.  Ravenell also directed the payment of more than $1.2 million of these drug proceeds from the law firm's accounts to various projects and third parties to benefit his client.  Ravenell's purpose in accepting and disbursing these funds was to conceal the source of the funds as drug proceeds and promote his client's on-going marijuana distribution activities.

According to trial evidence in 2013, a client facing federal narcotics charges paid Ravenell more than $350,000 in drug proceeds through an associate of the client.  Ravenell instructed the associate to convert the drug proceeds into money orders and other instruments to conceal the source of the funds.  After Ravenell withdrew from the case, the client learned that Ravenell had only credited $187,000 to his case, not the more than $350,000 that the client had paid.

First Assistant United States Attorney Phil Selden commended the IRS-CI, the DEA, the Maryland Transportation Authority Police Department, the Phoenix (Arizona) Police Department, and the Arizona Financial Crimes Task Force for their work in the investigation.  Mr. Selden thanked Assistant U.S. Attorneys Leo J. Wise and Zachary Ray, and Special Assistant U.S. Attorney Derek Hines, who prosecuted the case.

### # # #

**Component(s):**
USAO - Maryland

**Contact:**
Marcia Lubin
(410) 209-4854

Updated June 24, 2022