UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Case NO: 6:22-CR-00132-PGB-LHP
6:22-CR-00133-PGB-LHP

NACOE RAY BROWN

TO WHOM IT MAY CONCERN:
JUNE 2025 THE YEAR OF OUR LORD

Mr. Brown is inquiring of a letter to address to Chief Judge Timothy J. Corrigan through the Middle District of Florida (Orlando Division) United States Courthouse.

Mr. Brown is inquiring of the status of his petition: Mr. Brown over all concern is Judge P.G. Byron can not be unbias toward this case because certain officers of the court have been implimented in an on going criminal federal investigation with direct connection to Mr. Brown orginal case related to his revocation ( For further discovery please consider case Numbers: CR NO:ELH-01-0377 Civil Case NO : ELA-23-352 September 19, 2023 filed).

The previous action by certain officers of the court causes Mr. Brown to be very apprehensive of officers of the court who over stepped their judicial boundary and power to keep him incarcerated at the expense of his constitution rights and due process, especially when new laws and admendments apply to him.

Their is no legal or logical reason for Mr. Brown to not be afforded or given one of the 2 point criminal history deduction and his P.S.I. report reflect such change, for sentencing and security purpose.

Their is no legal or logical reason the A.U.S.A., Federal Public Defender and the Probation Officer assigned to Mr. Brown case was not involved in his motion submitted to the District Court before a final decision was made.

Their is no legal or logical reason Mr. Brown has not received an official certified mail from the District letting him know the final order of his motion. Therefore the service process was not completed.

Their is no legal or logical reason, Mr. Sonthonax SaintGermain, the Federal Public defender assigned to Mr. Brown Amendment 821 matter was not given an opportunity to reply to the motion, or allow the motion to be forwared to his office.

Their are other new laws and amendments that effect Mr. Brown criminal history category points and sentence, Mr. Brown is now apprenhensive of submitting any motion to the District Court including his 2255, because of the unfair ruling and clear due process violation from Judge Byron.

Mr. Brown ask the Honorable Chief Judge Timothy J. Corrigan recused Judge P.G. Byron, allow Mr. Brown to re-submitt his 821 Amendment motion to the court and his Federal Public defender, the assigned A.U.S.A. and probation officer participate in this due process.

Respectfully Submitted

Nacoe Ray Brown   Reg. No.34730-037
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Nacoe Ray Brown
34730-037
FCI Hazelton
P.O. Box 5000
Bruceton Mills, W.Va 26525

To: Office of the Clerk
United States District Court
Middle District Of Florida
Orlnado Division
United States Court House
401 West Central Blvd Suit 1200
Orlando FL, 32801

c/o Cheif Judge Timothy J. Corrigan

To whom it may concern (Cheif Judge)
    As metioned , my name is Nacoe Ray Brown # 34730-037 and I am respectfully forwarding your office this letter as it relates to the enacted 821 Amendment which became effective on Nov. 1st 2023. On Nov of 2024 the year of our lord the federal public defenders contacted me informing me I may be eligible for a sentence Commision Amendment because I was swntence while on probation (Enclosed is the Letter received)
    Upon contacting the federal public defenders office I was assigned to attorney Sonthonax Saint-German which informed me I indeed qualify for the sentence commision 821 amendment, but I must wait for the probation Office to contact the court by memo because the probation office is processing the case by expiration dates. I then responded to Mr Sait-German by letting him know my expiration date has changed because of my first step, and second chance act credit days. My Attorney Saint-German never responded back so I submitted a motion to Judge Byron
    Judge Byron denied my entire motion without giving the prosecutor a chance to respond, without a defensive attorney reply and without the probation office assesment. The sentence commision order which is law has been violated. Right now my criminal history is a category 4 with 7 criminal history points, after the enacting 821 amendment I will have 6 criminal history points putting me in a category of 3 changing my guideline range. Not only affecting my sentence but also my custody level aswell as my recidivism level.

·CONTINUE........

It appears my 821 Amendment is being sabotage, I have not received my court order. I discovered the order by my family members after they have researched the order of my case on Pacer.

Ultimately, this has caused my appeal to be time barred and I have not received any certified court documents of the court decision.

I bring this to your attention because my probation is connected to a high profile case where multiple officers of the court have been under investigation of crimes in relation to my case. I'm deeply concerned because the officers of this court can potentially become biased toward me once the underlying facts are discovered.

Sincerely, *[signature]*
Nacoe Ray Brown

June, 2025



Nacoe R.
HAZELTON (FCI)
P.O.Box 500
Bruceton Mills, WV. 26525
17M #34730-037



Office of the clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
UNITED STATES COURTHOUSE (GEORGE C. YOUNG)
401 WEST CENTRAL BLVD SUITE 1200
ORLANDO FL. 32801

LEgAl mAil



